FILED
**June 9, 2016**
Third Court of Appeals
Jeffrey D. Kyle
Clerk

ACCEPTED
03-14-00283-CV
10529045
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/9/2016 2:09:20 PM
JEFFREY D. KYLE
CLERK



# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

**SHELLEY N. DAHLBERG**
Associate Deputy for Civil Litigation
EMAIL: Shelley.Dahlberg@texasattorneygeneral.gov

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/9/2016 2:09:20 PM
JEFFREY D. KYLE
Clerk

PHONE: (512) 936-1864
FAX: (512) 320-0667

May 9, 2016

TO THE HONORABLE CHIEF JUSTICE ROSE AND JUSTICES PEMBERTON AND

FIELD:

Honors Academy and Azleway, Appellees, each recently filed lengthy post-submission briefs rehashing many of the arguments they already made either in their briefing or during argument. This letter responds to only those arguments raised in these recent filings that were not addressed previously.

Honors Academy suggests in its letter brief that the Texas Supreme Court's recent decision in *Houston Belt & Terminal Railway Co. v. City of Houston*, No. 14-0459, 2016 WL 1312910 (Tex. Apr. 1, 2016) undermines the Commissioners arguments in this case. However, *Houston Belt* is wholly consistent with the Commissioner's argument that he has acted according to the statutory authority granted to him by the Legislature, thus precluding all Appellees' claims against him.

In *Houston Belt*, the City argued that its employee's limited discretion barred all *ultra vires* concerning his actions. *Id.* at *3. The Court rejected that proposition and held that whether a governmental employee acts *ultra vires* must be determined by looking at the scope of that employee's discretion or authority. *Id.* at *6 (stating that whether an *ultra vires* suit is barred "is dependent upon the grant of authority at issue in a particular case). The scope of the Commissioner's authority was effectively ministerial and required him to use the performance ratings for the school years listed in Texas Education Code section

12.115(c-1). Appellant's Br. 14-17. Because the Commissioner acted consistently with his statutory authority, the Appellees' *ultra vires* claims are barred.

Azleway similarly contends that this Court's opinion in *Texas State Board of Veterinary Medical Examiners v. Jefferson*, No. 03-14-00774-CV, 2016 WL 768778 supports its argument that the Commissioner's application of section 12.115(c-1) to it "contravene[s] the statutes and impose[es] regulations inconsistent with them." Post Oral Argument Br. 14-15. Notwithstanding that *Jefferson* involves a challenge to agency rules, and to the extent its analysis regarding whether an agency rule contravenes statutory authority is relevant, it supports the Commissioner's required use of 12.115(c-1)'s school year data. Appellant's Br. 14-17.

Neither Honor's nor Azleway's post submission briefing adds anything meaningful to the arguments before the Court. The Court should reject these new arguments, dismiss the Appellees' *ultra vires* claims, and vacate the temporary injunction.

Sincerely,

/s/ *Shelley Nieto Dahlberg*

Shelley Nieto Dahlberg
*Attorney for Defendants TEA and Williams*

trm

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of May, 2016, the foregoing document was filed electronically and sent to the following counsel of record via email and/or ECF Notification:

Robert A. Schulman
SCHULMAN, LOPEZ& HOFFER, L.L.P.
Joseph E. Hoffer
517 Soledad Street
San Antonio, Texas 78205-1508
rschulman@slh-law.com
jhoffer@slh-law.com

Cris Feldman
3355 West Alabama Street, Suite 1220
Houston, Texas 77098
cris.feldman@thefeldmanfirmpc.com
*Attorneys for Plaintiff*

Kevin O'Hanlon
Leslie McCollom
808 West Avenue
Austin, Texas 78701
kohanlon@808west.com
lmccollom@808west.com
*Attorneys for Plaintiff-Intervenor Honors Academy, Inc.*

Susan G. Morrison
The Fowler Law Firm, PC
919 Congress Ave. Suite 900
Austin, TX 78701
smorrison@thefowlerlawfirm.com
*Attorneys for Plaintiff-IntervenorAzleway Charter School*

   */s/ Shelley N. Dahlberg*
SHELLEY N. DAHLBERG
Assistant Attorney General

## CERTIFICATE OF COMPLIANCE

Pursuant to TRAP 9.4(i)(3), the undersigned Assistant Attorney General hereby certifies that the preceding document complies with the type-volume limits in TRAP 9.4.

1.      Excluding the exempted portions in TRAP 9.4(i)(1), the brief contains:

<u>370</u> words, and;

2.      has been prepared using:  Microsoft Word in 14 pt Times New Roman conventional typeface Font with 12 pt footnotes.

The undersigned understands that a material misrepresentation in completing this certificate, or circumvention of the type-volume limits in TRAP 9.4, may result in the court's striking the brief and prohibiting the party from filing further documents of the same kind.

*/s/ Shelley N. Dahlberg*
SHELLEY N. DAHLBERG
Assistant Attorney General



# KEN PAXTON

ATTORNEY GENERAL OF TEXAS

_____

**SHELLEY N. DAHLBERG**
Associate Deputy for Civil Litigation
EMAIL: Shelley.Dahlberg@texasattorneygeneral.gov

PHONE: (512) 936-1864
FAX:    (512) 320-0667

May 9, 2016

Jeffrey D. Kyle, Clerk
Court of Appeals
Third District of Texas
P. O. Box 12547
Austin, Texas 78711-2547

      Re:     Court of Appeals Number: 03-14-00283-CV; 03-14-00360-CV
             Trial Court Case Number: D-1-GN-14-000672

             *Texas Education Agency and Michael L. Williams, Commissioner of Education, in his Official Capacity v. American YouthWorks, Inc. d/b/a American YouthWorks Charter School*

             *Texas Education Agency and Michael L. Williams, Commissioner of Education, in his Official Capacity v. American YouthWorks, Inc. d/b/a American YouthWorks Charter School; Honors Academy, Inc. d/b/a Honors Academy Charter School and Azleway Charter School*

Dear Mr. Kyle:

Please circulate this post-submission letter brief to Chief Justice Rose, Justice Pemberton and Justice Field for their consideration in the above-referenced case. Please also file this document with the Court.

                    Sincerely,

                    /s/ *Shelley Nieto Dahlberg*

                    Shelley Nieto Dahlberg
                    *Attorney for Defendants TEA and Williams*